# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff** | * |
| v. | *   CRIMINAL NO. JKB-14-0348 |
| **GARRY NICHOLSON** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Defendant's Motion for New Trial (ECF No. 71) is DENIED WITHOUT PREJUDICE. Before even examining whether the Motion is in any way procedurally proper, the Court notes that the Defendant has failed to detail any concrete evidence, newly discovered or otherwise, that relates to facts to which he admitted when he plead guilty. The mere presence in the case of a dishonest investigator is not enough by itself to undermine an otherwise final conviction. The Defendant fails to allege and show the consequence, in his specific case, of the presence of the dishonest officer. Did the officer lie in this case? If so, to what did the lie pertain? A matter that is/was material? Did the case turn on information supplied by this officer, the accuracy of which is now in question? The Court will not require the Government to respond to a general, indefinite, and insubstantial attack on the underlying conviction.

DATED this 8th day of October, 2019.

BY THE COURT:

/s/
James K. Bredar
Chief Judge